930

No. 86–6605. THOMAS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 86–6645. SAWYER *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 86–6724. HAMILTON *v.* REID, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GREENSBURG. C. A. 3d Cir. Certiorari denied.

No. 86–6751. BOAG *v.* BRAMLETT, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 86–6762. PARKS *v.* BRADY. Sup. Ct. N. H. Certiorari denied.

No. 86–6769. LAMOTHE *v.* MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 86–6771. RUETHER *v.* LOHMAR, JUDGE, ET AL. C. A. 8th Cir. Certiorari denied.

No. 86–6773. WEBB *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 86–6775. GARRIS *v.* LYLES, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 86–6777. EWERS *v.* CITY OF GARLAND ET AL. C. A. 5th Cir. Certiorari denied.

No. 86–6778. APPLEBY *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 86–6786. MARTIN *v.* LITTLE, BROWN & CO., INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 86–6799. CASON *v.* COOK ET AL. C. A. 8th Cir. Certiorari denied.

No. 86–6849. THOMAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 86–6862. KIMBLE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 86–6875. DEMPSEY *v.* WISCONSIN. Ct. App. Wis. Certiorari denied.